**Mary Kennedy, appellee, v. Josephine G. LaMele, appellant. Gen. No. 31,878.**

Action to recover rent. Appeal from denial of motion to vacate confession judgment on lease. Appeal from the Municipal Court of Chicago; the Hon. Charles F. McKinley, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1927. Affirmed. Opinion filed December 21, 1927. Rehearing denied January 6, 1928.

Frank Hall Stephens and Robert Berg, for appellant. Abraham Greenfield, for appellee.

Mr. Justice Wilson delivered the opinion of the court.

---

**George M. Akers, appellee, v. Paul Hassel et al., on appeal of John H. Billsbury, appellant. Gen. No. 31,887.**

Action to recover money paid on insurance stock subscription. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Harry M. Fisher, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1927. Affirmed. Opinion filed December 21, 1927.

Rudolph Frankenstein, for appellant. Harry A. Biossat, for appellee.

Mr. Justice Wilson delivered the opinion of the court.

---

**L. W. Dimsdale, appellant, v. Elizabeth McNulty, defendant. Lyon & Healy, Inc., garnishee, appellee. Gen. No. 31,896.**

Garnishment proceeding. Appeal from order vacating judgment. Appeal from the Municipal Court of Chicago; the Hon. Albert B. George, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1927. Reversed and remanded with directions. Opinion filed December 21, 1927. Rehearing denied and opinion filed on rehearing January 6, 1928.

William R. Wiley, for appellant. Hamilton Johnstone, for appellee; Ralph R. Obenchain, of counsel.

Mr. Justice Wilson delivered the opinion of the court.

---

**Alexander Bender, plaintiff in error, v. Felix Wanatowicz, defendant in error. Gen. No. 32,013.**

Bill for accounting. Dismissed for want of equity. Error to the Superior Court of Cook county; the Hon. Oscar Hebel, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1927. Affirmed. Opinion filed December 27, 1927.

Jacob Levy, for plaintiff in error; J. M. Gwin, of counsel. No appearance for defendant in error.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

**Johanna Oedzes, defendant in error, v. Wesley Oedzes, plaintiff in error. Gen. No. 32,027.**

Bill for divorce. Decree granted. Error to the Superior Court of Cook county; the Hon. Harry A. Lewis, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1927. Reversed and remanded. Opinion filed December 27, 1927.

Trainor & Trainor, for plaintiff in error. John Prystalski and John Owens, for defendant in error.

Mr. Presiding Justice Matchett delivered the opinion of the court.